■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK MCLAURIN, Appellant. [655 NYS2d 429] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered September 12, 1995, convicting him of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

We further find that the defendant's motion to dismiss the indictment based on his allegation that he was deprived of the right to the effective assistance of counsel was untimely (*see,* CPL 190.50, 210.20, 255.20). In any event, a counsel's failure to comply with a defendant's desire to testify before the Grand Jury, standing alone, does not amount to a denial of effective assistance of counsel (*see, People v Sturgis,* 199 AD2d 549; *People v Bundy,* 186 AD2d 357).

The prosecution's rebuttal testimony was properly admitted (*see, People v Knight,* 80 NY2d 845). Ritter, J. P., Pizzuto, Altman and Krausman, JJ., concur.